314

ROBERT JUZEK, *ET AL.*, RESPONDENTS-PETITIONERS, v. HACKENSACK WATER COMPANY, *ET AL.*, PETITIONERS-RESPONDENTS.

*Mr. David A. Gelber* and *Mrs. Sylvia B. Pressler* for the petitioners.

*Mr. Samuel W. Zerman* and *Messrs. Arthur J. Sills* and *Richard F. Green* for the respondents.

February 1, 1966. Granted.

FLORENCE ADAMS, PLAINTIFF-PETITIONER, v. STONE AND COMPANY, DEFENDANT-RESPONDENT.

*Mr. Francis Sorin* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor* for the respondent.

February 1, 1966. Denied.

THE MUTUAL BENEFIT LIFE INSURANCE COMPANY, ETC., PLAINTIFFS, v. SAYRE WOODS CENTER ASSOCIATES, ETC., *ET AL.*, DEFENDANTS AND SAMUEL M. COOMBS, JR. RECEIVER, ETC., PETITIONERS.

*Messrs. Hellring, Lindeman & Landau* for the respondents.

*Messrs. Hannoch, Weisman, Myers, Stern & Besser* and *Mr. Ronald M. Sturtz* for the petitioner.

February 1, 1966. Denied.